**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6260

---

DEMETRIC GRAY PEARSON,

Plaintiff - Appellant,

versus

MARY ANN SAAR, Secretary, D.P.S.C.S.; OFFICER
OATES; OFFICER GARLIDAY; OFFICER HARBAUGH,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
03-869-PJM)

---

Submitted:  April 29, 2004                Decided:  May 6, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Demetric Gray Pearson, Appellant Pro Se.  David Phelps Kennedy,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Pearson v. Saar</u>, No. CA-03-869-PJM (D. Md. Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>